# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

ROBERT EKSTEDT,

                            Plaintiff,                          No.  CV-19-84-H-SEH

vs.

GEICO GENERAL INSURANCE                          **ORDER**
COMPANY,

                            Defendant.

On March 4, 2020, the Court issued an Order,[1] which recited, in part:

> 7.    Expert reports for any witness retained or specially employed to provide expert testimony, or whose duties as an employee of a party involve giving expert testimony, are required. Such reports shall comply with Fed. R. Civ. P. 26(a)(2)(B) and the requirements of this Order and are to include:
>
> > a.    A separate statement of each opinion to be offered.
> >
> > b.    Specific identification of and source citations to facts or  data considered, referenced, or relied upon by the witness in forming each of the opinions expressed. *Copies of all documents and data considered,*

___

[1] *See* Doc. 10.

*referenced, or relied upon shall be attached*
*as exhibits to the report when filed.*

c.      A separate statement of the bases and
reasons for each of the opinions.[2]

. . . .

8.      Separate written disclosures of all non-
retained experts (expert witnesses not obliged to provide a
Fed. R. Civ. P. 26(a)(2)(B) written report) are required.
Such disclosures must address and include all information
required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall
include:

a.      A separate statement of each opinion
to be offered.

b.      Specific identification of and source
citations to facts or data considered,
referenced, or relied upon by the witness in
forming the each of the opinions expressed.
*Copies of all documents and data considered,*
*referenced, or relied upon shall be attached*
*as exhibits to the written disclosure when*
*filed.*

c.      A separate statement of the bases and
reasons for each of the opinions.[3]

Plaintiff's Rule 26 Disclosure of Retained and Non-Retained Experts[4] filed

on August 6, 2020, did not include as attachments "[c]opies of all documents and

---

[2] Doc. 10 at 5–6 (emphasis added).

[3] Doc. 10 at 6–7 (emphasis added).

[4] *See* Doc. 13.

data considered, referenced, or relied upon"[5] by retained and non-retained expert

witnesses in forming opinions expressed, as required by the Court's March 4,

2020, Order.[6]

ORDERED:

Plaintiff shall file an amended expert witness disclosure, including

as attachments "[c]opies of all documents and data considered, referenced, or

relied upon"[7] by retained and non-retained expert witnesses on or before **August**

**24, 2020.**

DATED this ___17th___ day of August, 2020.

_Sam E Haddon_
SAM E. HADDON
United States District Judge

---

[5] Doc. 10 at 5–7.

[6] *See* Doc. 10.

[7] *See* Doc. 10 at 5–7.