IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| ROBERT EKSTEDT, | * | No. CV-19-84-H-SEH |
| Plaintiff, | * | ORDER |
| v. | * | |
| GEICO GENERAL INSURANCE COMPANY, | * | |
| Defendant. | * | |

The parties having filed a Stipulation for Dismissal With Prejudice of all Claims, signed by all counsel of record, it is hereby ORDERED that the above-entitled action be dismissed, on the merits, with prejudice, each party to pay their own costs and fees.

DATED this 25th day of September, 2020.

*[signature]*
SAM E. HADDON
United States District Judge